IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WESLEY APARTMENT HOMES, et al.,

   Plaintiffs,

    v.

LACHANDRA ANDREWS and all other occupants,

   Defendant.

CIVIL ACTION FILE
NO. 1:10-CV-3005-TWT

## ORDER

This is a dispossessory action that was wrongfully removed from the Magistrate Court of DeKalb County. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending granting the Plaintiffs' Emergency Motion to Remand to State Court [Doc. 2]. For the reasons set forth in the Report and Recommendation, this Court lacks subject matter jurisdiction of the removed action. The Court approves and adopts the Report and Recommendation of the Magistrate Judge as the judgment of the Court. This action is remanded to the Magistrate Court of DeKalb County.

SO ORDERED, this 31 day of January, 2011.

                                    /s/Thomas W. Thrash
                                    THOMAS W. THRASH, JR.
                                    United States District Judge